UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

Nos. 18-11401 ; 18-12534

_____

District Court Docket No.
2:16-cv-00728-PAM-CM

LOU GATTI,
as Trustee and President of Twin Palms Inc.,
a dissolved Virginia corporation,
TWIN PALMS INC.,
a dissolved Virginia corporation,

                      Plaintiffs - Counter Defendants - Appellants,

versus

HELEN F. GOODMAN,
CLIFF GOODMAN,
TWIN PALMS RESORTS, LLC,

                      Defendants - Counter Claimants - Counter
Defendants -

                      Appellees.

_____

Appeals from the United States District Court for the
Middle District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 17, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch